UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NAWAF M. ABU-AIASH,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA.<br><br>Defendant. | Case No. 2:12-cv-01749 -APG-PAL<br><br>**ORDER DISMISSING CASE** |

On July 10, 2013, Magistrate Judge Leen entered her Report and Recommendation [Dkt. #7] recommending that Plaintiff's Amended Complaint be dismissed for failure to state a claim upon which relief can be granted. No objection has been filed to that Report and Recommendation. The Court has conducted a *de novo* review of the issues set forth in the Amended Complaint and the Report and Recommendation, pursuant to Local Rule IB 3-2. Magistrate Judge Leen's Report and Recommendation sets forth the proper legal analysis, and the factual basis, for the decision. Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation is accepted, and this case is DISMISSED. The clerk of the court shall enter Judgment accordingly.

Dated: October 7, 2013.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE